UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-80877-CIV-WPD
(CH. 7 BANKR. CASE NO.  11-17929-BKC-EPK)
(ADV. NO. 12-01378-BKC-EPK)

In Re: Willaim A. Nesbitt,

    Debtor.
_____/

DEBORAH C. MENOTTE, Trustee,

    Plaintiff,
vs.

SENNORA BROWN *et al.*,

    Defendants.
_____/

## ORDER GRANTING JOINT MOTION TO VACATE WITHDRAWAL OF REFERENCE

THIS CAUSE is before the Court on the Joint Motion to Vacate Omnibus Order Granting Defendants The Keyes Company and Loreal McDonald's Motion to Withdraw Reference [DE 15], filed February 11, 2013.  The Court has carefully considered the motion, notes that it is jointly filed, and is otherwise fully advised in the premises.

The parties have settled the matter for which this Court withdrew the reference. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

    1.    The Joint Motion to Vacate Omnibus Order Granting Defendants The Keyes Company and Loreal McDonald's Motion to Withdraw Reference [DE 15] is **GRANTED**;

2. The Court's prior Order withdrawing the reference and referring pretrial matters to the bankruptcy judge [DE 5] is **VACATED**;

3. All matters currently pending are referred back to United States Bankruptcy Judge Erik P. Kimball in the United States Bankruptcy Court for the Southern District of Florida, West Palm Beach Division.

4. The Clerk is directed to **CLOSE** the case created by the withdrawal of reference and **DENY** any pending matters as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 12th day of February, 2013.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record